IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **ERIC LUCERO and WHITNIE POTTS,** § <br> **Plaintiffs,** § <br> § <br> V. § <br> § <br> **FEDERATED MUTUAL INSURANCE** § <br> **COMPANY,** § <br> **Intervenor Plaintiff,** § <br> § <br> V. § <br> § <br> **CATERPILLAR INC. and WHEELS** § <br> **INDIA, LTD.,** § <br> **Defendants.** § | 2:20-CV-207-Z-BR |

## NOTICE OF LOCAL COUNSEL

Notice is hereby given that the undersigned attorney is serving as local counsel for Federated Mutual Insurance Company. Local counsel may be contacted at the address and telephone number below.

BRADBURY & NIX
P.O. Box 59, Abilene, TX 79604
(325) 673-7317
(325) 673-3833 FAX

By: /s/ Clinton Nix
S. Clinton Nix
State Bar No. 15043300
nix@bradburylawfirm.com
Co-Counsel for Federated Mutual Insurance Company

## CERTIFICATE OF SERVICE

Notice is hereby given that the above referenced document was sent to all parties of record on _September 14_, 2021.

_____
S. Clinton Nix