IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ERIC LUCERO, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:20-CV-207-Z-BQ |
| CATERPILLAR INC., | § § | |
| Defendant. | § § | |

# ORDER

Before the Court is Defendant's Opposed Motion to Strike Plaintiffs' Late Designation of Expert Witnesses ("Motion") (ECF No. 71), filed on April 27, 2022. The United States Magistrate Judge entered Findings, Conclusions, and a Recommendation ("FCR") to grant the Motion. ECF No. 97. Parties filed no objections, and the time to do so has now expired.

Having reviewed the Motion, briefing, and relevant law — as well as the FCR — the Court concludes the FCR is correct. The Court therefore **ADOPTS** the FCR of the United States Magistrate Judge (ECF No. 97), and the Motion is hereby **GRANTED**.

**SO ORDERED.**

February 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE