IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ERIC LUCERO, *et al.*,

    Plaintiffs,

v.                                  2:20-CV-207-Z-BQ

CATERPILLAR INC., *et al.*,

    Defendants.

## NOTICE

Before the Court is parties' Stipulation of Voluntary Dismissal With Prejudice (ECF No. 105), filed on April 14, 2023.[1] The filing is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1. (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

April 18, 2023

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs are not dismissing their claims against Wheels India, Ltd. and reserve the right to appeal the Court's decision to dismiss Wheels India, Ltd. from this suit. *See* ECF No. 105 at 1 n.1.