IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ERIC LUCERO & WHITNIE POTTS, | |
| Plaintiffs, | |
| v. | 2:20-CV-207-Z-BV |
| WHEELS INDIA, LTD., | |
| Defendant. | |

### FINAL JUDGMENT

Per Federal Rule of Civil Procedure 58 and the Court's Order granting default judgment on March 17, 2025 (ECF No. 133), the Court **ORDERS** as follows:

- Default judgment is **ENTERED** against Defendant Wheels India, Ltd.

- Plaintiffs are **AWARDED $54,080.00** in damages for lost wages.

- Plaintiffs are **AWARDED $36,194.89** in damages for past medical expenses.

- Plaintiffs are **AWARDED $250,000.00** in damages for past and future pain and suffering and mental anguish.

- Plaintiffs are **AWARDED $50,000.00** in damages for past and future disfigurement.

- Plaintiffs are **AWARDED $50,000.00** in damages for loss of consortium and household services.

- Plaintiffs are entitled prejudgment interest at a rate of 7.5%, compounded annually. *See* Tex. Fin. Code §§ 304.103, 304.003. Applied from August 10, 2020, through March 16, 2025, Plaintiffs are **AWARDED $151,985.30** in prejudgment interest.

- Plaintiffs are entitled postjudgment interest at a rate of 4.12% calculated beginning March 17, 2025, per 28 U.S.C. § 1961(a).

**SO ORDERED.**

March 19, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE